UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEB Orange Grove Properties LLC, a California Limited Liability Company;<br>Bulbman, a California Corporation; and Does 1-10,<br><br>　　　　　Defendants | Case: 2:14-CV-00545-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT